852

State of Florida, *ex rel.* Ben Hur Life Assurance, a Corporation, Relator, v. W. E. Middleton, as Mayor of the City of Starke, Florida, *et al.*, Respondents.

Alternative writ of mandamus dismissed by order of the Court.

*L. O. Casey,* for Relator.

*Floyd Green,* for Respondent.

Ida Clair, individually, etc., Appellant, v. Elizabeth Ryder, a widow, Appellee.

Appeal dismissed by order of the Court.

*J. V. Walton,* for Appellant.

*Hilburn & Merryday,* for Appellee.

C. E. Crum, Appellant, v. J. H. Hughes, Tax Collector of Sumter County, Florida, Appellee.

Appeal dismissed by order of Court.

*W. T. Hall,* for Appellant.

*McCollum & Howell,* for Appellee.

Bennie Harrison, Appellant, v. J. H. Hughes, Tax Collector of Sumter County, Appellee.

Appeal dismissed by order of Court.